In the Matter of the Claim of ERNEST SANDERS, Respondent, against THE CHILDREN'S AID SOCIETY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 3, 1933; decided October 17, 1933.)

*F. A. W. Ireland* for appellants.

*John J. Bennett, Jr.. Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J.